IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN ANTHONY FAULKNER,

   Petitioner,

   v.                                         No. CIV 15-0455 KG/LAM

GERMAN FRANCO,

   Respondent.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2), rule 12(b)(6) of the Federal Rules of Civil Procedure, and rule 4 of the Rules Governing Section 2254 Cases, on Petitioner's Declaration (Doc. 1) (the "petition"); and the Court having entered an order dismissing the petition,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Respondent, and this proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE